| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: GARY R. BROWN  　　　　　　　　　　　　DATE: 5/8/2012
　　　　　U.S. MAGISTRATE JUDGE　　　　　　　　TIME:　10:00 AM

CASE:  **CV 12-1134 (JS) (GRB)** Feliu v. Veolia Transportation Services, Inc.

TYPE OF CONFERENCE: Initial Conference

APPEARANCES:　　Lisandro Feliu

　　　　　　　　　　Keith Corbett

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  Settlement conference scheduled for ___ in courtroom 840 of the Long Island Courthouse.

　　☐  Clients or persons with full settlement authority must attend in person.

　　☐  Prior to the conference, each party shall fax a brief, 1-2 page *ex parte* settlement position statement to chambers at (631) 712-5705.  These statements must specify the terms on which the party is willing to settle the case, whether those terms are negotiable, and an explanation of that position.  As these statements will be treated as confidential and will not be docketed, they should include a realistic statement of the party's settlement position.

☐  Proposed settlement pending:  By ___, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒  Other: Settlement negotiations held.  Defendant is to notify plaintiff by 5/15/12 if the proposed settlement is acceptable, and then file a stipulation of discontinuance via ECF within 30 days.  Discovery schedule is held in abeyance.  Transcript is sealed.

　　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　 /s/ Gary R. Brown
　　　　　　　　　　　　　　　　　　　　　　GARY R. BROWN
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge