```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
LISANDRO FELIU,

                        Plaintiff,
                                                ORDER
            -against-                           12-CV-1134(JS)(GRB)

VEOLIA TRANSPORTATION SERVICES, INC.,

                        Defendant.
----------------------------------------X
APPEARANCES
For Plaintiff:     Lisandro Feliu, pro se
                   759 Lawrence Street
                   Elmont, NY 11003

For Defendant:     Keith Michael Corbett, Esq.
                   Harris Beach PLLC
                   The Omni
                   333 Earle Ovington Building, Suite 901
                   Uniondale, NY 11553
```

SEYBERT, District Judge:

    The Court is in receipt of a letter, submitted for the Court's in camera review, from Defendant Veolia Transportation Services, Inc. dated September 13, 2012 attaching a signed "Stipulation and Order of Settlement and Dismissal" and requesting "that the Court issue an Order of Dismissal without posting the enclosed [confidential] Stipulation on the Court's ECF system." The parties, however, do not appear to be seeking judicial approval of the confidential Stipulation and Order of Settlement and Dismissal; therefore, it is unclear why it was submitted to the Court in camera when the parties could have simply filed a stipulation of discontinuance (that does not

mention the settlement) on ECF as suggested by Magistrate Judge Gary R. Brown in his minute order dated May 8, 2012.[1]

Accordingly, the parties are hereby ORDERED to either: (i) file a stipulation of discontinuance on ECF or (ii) inform the Court in writing, in a letter signed by both parties and submitted for the Court's <u>in camera</u> review, that they seek judicial approval of the Stipulation and Order of Settlement and Dismissal.  If the parties choose option two, they must include in their letter an explanation as to why the Stipulation and Order of Settlement and Dismissal should not be filed on the public docket.  <u>See</u> <u>Xue Lian Lin v. Comprehensive Health Mgmt., Inc.</u>, No. 08-CV-6519, 2009 WL 2223063, at *1 (S.D.N.Y. July 23, 2009).  The parties' response to this Order must be filed within fourteen (14) days.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated:     September  28 , 2012
           Central Islip, NY

---

[1] The Court notes that judicial approval is not required to settle an employment discrimination action such as this.